# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LINDA LOVE

VERSUS

RAYMOND NELSON, QUICK WAY
FOOD STORE INC., AND JAMES
BALLARD, SR.

NO.  2021 CW 0013

CONSOLIDATED WITH

NO.  2021 CW 0020

CONSOLIDATED WITH

NO.  2021 CW 0042

**APRIL 7, 2021**

---

In Re:   James Ballard, Sr., and Clinton Roux, and Ballard's
         Petroleum, Inc., applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         2015-0003622.

---

**BEFORE:   WHIPPLE, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT DENIED.**

                        VGW
                        WRC
                        WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT